**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re:  Debtor(s)
    **Antoine Fitzgerald Gross**

Case No.: **15−54491−wlh**
Chapter:  **13**

# ORDER OF DISMISSAL REGARDING UNPAID FILING FEES

    On March 10, 2015. the Court entered an Order denying Debtor or Debtors (hereinafter "Debtor") application to pay the filing fee for the voluntary petition in installments. Debtor was allowed seven days to remit the full amount due for the filing fee for a voluntary petition. The Debtor did not remit the necessary funds. Accordingly, it is

    **ORDERED** that the above−styled case is dismissed.

    The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, any Trustee, and all creditors.

    **SO ORDERED**, on    March 25, 2015

*Wendy L. Hagenau*
Wendy L. Hagenau
United States Bankruptcy Judge

Form 311